IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00972-MEH

MARIA Y. RODGERS,

    Plaintiff,

v.

PAYLESS SHOE SOURCE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 22, 2014.**

Defendant's Motion to Amend the Caption to Include the Correct Entity Name of Defendant to Payless Shoesource, Inc. [filed May 22, 2014; docket # 10], is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1(a), which states,

> Before filing a motion, counsel for the moving party or an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.

The Court reminds the parties of their continuing obligations to comply fully with Fed. R. Civ. P. 37(a)(1) and D.C. Colo. LCivR 7.1(a). *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).