Civil Case #
14-CV-00972-BNB

5/28/14

Notice to Amend:

I Maria Rodgers had A Misunderstanding About Payless Shoe Source Name I thought they were called Payless Shoe Stores I Maria Rodgers Just learned That the correct Name for The defendant IS Payless Shoe Source I Ask that the courts Amend The defendants Name to "Payless Shoe Source Inc." Payless Shoe Source Inc. was my Employer At All times And Payless Shoe Source Inc. is the Name That I Am Bringing This claim Against

Maria Rodgers
Maria Rodgers

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 28 2014

JEFFREY P. COLWELL
CLERK