IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00972-MEH

MARIA Y. RODGERS,

    Plaintiff,

v.

PAYLESS SHOESOURCE, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 29, 2014.**

    Plaintiff's unopposed[1] Motion to Amend the Caption [filed May 29, 2014; docket #19] is **granted**. The Clerk of the Court is directed to amend the caption of this case to identify the proper name of the Defendant, as noted above.

---

[1] *See* docket #10.